United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tiffanie Jean Lane  
    Debtor

Case No. 19-17245-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 2     Date Rcvd: Jan 09, 2020  
                     Form ID: 309I     Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2020.

```
db          +Tiffanie Jean Lane,   307 Alexandra Court,    Marietta, PA 17547-9246
tr          +SCOTT F. WATERMAN (Chapter 13),    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    Suite 100,
              Reading, PA 19606-2265
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA   19601
smg         +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14427246    +Apex Asset Management,    1891 Santa Barbara Drive, Suite 204,    Lancaster, PA 17601-4106
14427249     Complete Collection Service,    1007 N. Federal Hwy., #280,    Fort Lauderdale, FL 33304-1422
14427254    +Healthy Network Laboratories,    272 Granite Road,    Lancaster, PA 17601-6804
14427256     Kay Jewelers,    Genesis FS Card Services,    Columbus, GA 31902
14427258    +May Grant Obstetrics,    694 Good Drive, #112,    Lancaster, PA 17601-2433
14427260    +Memorial Hospital,    PO Box 15118,    York, PA 17405-7118
14427269     PHEAA,    PO Box 8157,    Harrisburg, PA 17105-8157
14427265    +Patient First,    1625 Oregon Pike,    Lancaster, PA 17601-4335
14427266    +Penn Credit,    916 S. 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
14427268    +Pennsylvania Specialty Pathology,    2301 Harrisburg Pike, #201,    Lancaster, PA 17601-2415
14427271    +Professional Account Services,    PO Box 188,    Brentwood, TN 37024-0188
14427275    +Russell, Krafft & Gruber, LLP,    Hempfield Center, Suite 300,    930 Red Rose Court,
              Lancaster, PA 17601-1981
14427276     State Collection Service,    PO Box 1022,    Wixom, MI 48393-1022
14427277    +US Department of Education,    National Payment Center,    PO Box 105028,
              Atlanta, GA 30348-5028
14427279    +Windham Professional,    380 Main Street,    Salem, NH 03079-2412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty          E-mail/Text: amburke7@yahoo.com Jan 10 2020 03:28:46     MICHAEL D. HESS,    BURKE & HESS,
              1672 Manheim Pike,    Lancaster, PA  17601-3028
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 10 2020 03:29:27
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 10 2020 03:29:46     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust          E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 10 2020 03:29:38     United States Trustee,
              Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,    Philadelphia, PA 19106-2908
14427244     E-mail/Text: ebn@americollect.com Jan 10 2020 03:29:41     Americollect Inc,    PO Box 1566,
              Manitowoc, WI 54221
14427245    +E-mail/Text: info@aal.bz Jan 10 2020 03:29:45     Anesthesia Associates of Lancaster, LTD.,
              133 East Frederick Street,    Lancaster, PA 17602-2222
14427247    +EDI: CHASE.COM Jan 10 2020 08:18:00      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
14427248    +EDI: CITICORP.COM Jan 10 2020 08:18:00      Citi,    P O Box 6241,    Sioux Falls, SD 57117-6241
14427250    +EDI: CONVERGENT.COM Jan 10 2020 08:18:00      Convergent Outsourcing,    800 SW 39th Street,
              Renton, WA 98057-4927
14427251    +E-mail/Text: csd1clientservices@cboflanc.com Jan 10 2020 03:29:58     Credit Brueau,
              Collection Division,    P O Box 1271,    Lancaster, PA 17608-1271
14427252     E-mail/Text: csd1clientservices@cboflanc.com Jan 10 2020 03:29:58     Credit Bureau,
              P O Box 1271,    Lancaster, PA 17608-1271
14427253    +E-mail/Text: bankruptcy@affglo.com Jan 10 2020 03:29:39     Global Credit & Collection Corp,
              5440 N. Cumberland, Suite 300,    Chicago, IL 60656-1486
14427255    +EDI: CITICORP.COM Jan 10 2020 08:18:00      Home Depot,    PO Box 6497,
              Sioux Falls, SD 57117-6497
14427257    +E-mail/Text: bncnotices@becket-lee.com Jan 10 2020 03:29:20     Kohls,    N56W17000 Ridgewood,
              Menomonee Falls, WI 53051-7096
14427259     E-mail/Text: cneal@horstgroup.com Jan 10 2020 03:29:26     Maytown Village Square HOA,
              c/o Horst Property Management,    PO Box 3330,    Lancaster, PA 17604-3330
14427261    +E-mail/Text: Bankruptcies@nragroup.com Jan 10 2020 03:30:05     National  Recovery Agency,
              2491 Paxton Street,    Harrisburg, PA 17111-1036
14427263     E-mail/Text: blegal@phfa.org Jan 10 2020 03:29:39     PA Housing Finance Agency,
              211 North Front Street,    PO Box 15206,    Harrisburg, PA 17105-5206
14444110     EDI: PRA.COM Jan 10 2020 08:18:00      Portfolio Recovery Associates, LLC,    POB 41067,
              Norfolk VA 23541
14427272     E-mail/Text: bankruptcynotices@psecu.com Jan 10 2020 03:30:00     PSECU,    PO Box 67013,
              Harrisburg, PA 17106-7013
14427264     E-mail/Text: bkrnotice@prgmail.com Jan 10 2020 03:29:38     Paragon Revenue Group,    PO Box 127,
              Concord, NC 28026-0127
14427270    +EDI: PRA.COM Jan 10 2020 08:18:00      Portoflio Recovery Assoc.,    P O Box 12914,
              Norfolk, VA 23541-0914
14427273    +E-mail/Text: EBN_Greensburg@Receivemorermp.com Jan 10 2020 03:30:06     Receivables Management,
              1809 N. Broadway Street,    Greensburg, IN 47240-8217
14427274    +E-mail/Text: colleen.atkinson@rmscollect.com Jan 10 2020 03:30:04
              Receivables Management Systems,    7206 Hull Street Road,    North Chesterfield, VA 23235-5826
14427278    +EDI: WFFC.COM Jan 10 2020 08:18:00      Wells Fargo,    PO Box 5119,    Sioux Falls, SD 57117-5119
```

```
District/off: 0313-4          User: Keith              Page 2 of 2             Date Rcvd: Jan 09, 2020
                              Form ID: 309I            Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14443266         EDI: WFFC.COM Jan 10 2020 08:18:00      Wells Fargo Bank, N.A.,
                  Wells Fargo Education Financial Services,   PO Box 10438, MAC F8235-02F,
                  Des Moines, IA 50306-0438
                                                                                              TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14427262*      +National Recovery Agency,   2491 Paxton Street,   Harrisburg, PA 17111-1036
14427267     ##+Penn Creidt Corp,   916 S 14th Street,   Harrisburg, PA 17104-3425
                                                                                        TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2020 at the address(es) listed below:
```
              MICHAEL D. HESS    on behalf of Debtor Tiffanie Jean Lane amburke7@yahoo.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 3
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Tiffanie Jean Lane** | Social Security number or ITIN | xxx–xx–8488 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter 13 | 11/19/19 |
| Case number: | 19–17245–elf | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case          12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Tiffanie Jean Lane | |
| 2. | **All other names used in the last 8 years** | aka Tiffanie Jean Shaud | |
| 3. | **Address** | 307 Alexandra Court<br>Marietta, PA 17547 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL D. HESS<br>BURKE & HESS<br>1672 Manheim Pike<br>Lancaster, PA 17601–3028 | Contact phone (717) 391–2911<br>Email: amburke7@yahoo.com |
| 5. | **Bankruptcy trustee**<br>Name and address | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Contact phone (610) 779–1313<br>Email: ECFMail@ReadingCh13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (610)2085040<br>Date: 1/9/20 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 4, 2020 at 2:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**2901 St. Lawrence Ave, Reading, PA 19606** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/4/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/28/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/17/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $625.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**3/12/20** at **10:00 AM**, Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |