UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Tiffanie Jean Lane<br><br>    Debtor | Chapter 13<br>Bankruptcy No.19-17245-PMM |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 1st day of May, 2020, by first class mail upon those listed below:

Tiffanie Jean Lane
307 Alexandra Court
Marietta, PA  17547

**Electronically via CM/ECF System Only:**

MICHAEL D HESS ESQ
BURKE & HESS
1672 MANHEIM PIKE
LANCASTER, PA  17601-3028

/s/ *Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee