United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 19-17245-pmm
Tiffanie Jean Lane                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Randi              Page 1 of 2              Date Rcvd: Jun 04, 2020
                            Form ID: pdf900          Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2020.
```
db             +Tiffanie Jean Lane,    307 Alexandra Court,    Marietta, PA 17547-9246
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14457892       +Aaron S. Marines, Esquire,    930 Red Rose Court, Suite 300,    Lancaster, PA 17601-1981
14427246       +Apex Asset Management,    1891 Santa Barbara Drive, Suite 204,    Lancaster, PA 17601-4106
14451810        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14427248       +Citi,    P O Box 6241,    Sioux Falls, SD 57117-6241
14427249        Complete Collection Service,    1007 N. Federal Hwy., #280,    Fort Lauderdale, FL 33304-1422
14427254       +Healthy Network Laboratories,    272 Granite Road,    Lancaster, PA 17601-6804
14427255       +Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
14427256        Kay Jewelers,    Genesis FS Card Services,    Columbus, GA 31902
14427258       +May Grant Obstetrics,    694 Good Drive, #112,    Lancaster, PA 17601-2433
14457893       +Maytown Village Square Association,    c/o Aaron S. Marines, Esquire,
                 Russell, Krafft & Gruber, LLP,    930 Red Rose Court, Suite 300,    Lancaster, PA 17601-1981
14427260       +Memorial Hospital,    PO Box 15118,    York, PA 17405-7118
14450161       +PA Housing Finance Agy,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14427269        PHEAA,    PO Box 8157,    Harrisburg, PA 17105-8157
14427265       +Patient First,    1625 Oregon Pike,    Lancaster, PA 17601-4335
14427266       +Penn Credit,    916 S. 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
14427268       +Pennsylvania Specialty Pathology,    2301 Harrisburg Pike, #201,    Lancaster, PA 17601-2415
14427271       +Professional Account Services,    PO Box 188,    Brentwood, TN 37024-0188
14427275       +Russell, Krafft & Gruber, LLP,    Hempfield Center, Suite 300,    930 Red Rose Court,
                 Lancaster, PA 17601-1981
14427276        State Collection Service,    PO Box 1022,    Wixom, MI 48393-1022
14427277       +US Department of Education,    National Payment Center,    PO Box 105028,
                 Atlanta, GA 30348-5028
14427278       +Wells Fargo,    PO Box 5119,    Sioux Falls, SD 57117-5119
14443266        Wells Fargo Bank, N.A.,    Wells Fargo Education Financial Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
14427279       +Windham Professional,    380 Main Street,    Salem, NH 03079-2412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2020 03:12:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 05 2020 03:12:45     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
NONE           +E-mail/Text: cneal@horstgroup.com Jun 05 2020 03:12:17
                 Maytown Village Square Association, Inc.,    c/o Horst Property Management,    PO Box 3330,
                 Lancaster, PA 17604-3330
14427244        E-mail/Text: ebn@americollect.com Jun 05 2020 03:12:39     Americollect Inc,    PO Box 1566,
                 Manitowoc, WI 54221
14427245       +E-mail/Text: info@aal.bz Jun 05 2020 03:12:45     Anesthesia Associates of Lancaster, LTD.,
                 133 East Frederick Street,    Lancaster, PA 17602-2222
14427250       +E-mail/Text: convergent@ebn.phinsolutions.com Jun 05 2020 03:12:45     Convergent Outsourcing,
                 800 SW 39th Street,    Renton, WA 98057-4927
14427251       +E-mail/Text: csd1clientservices@cboflanc.com Jun 05 2020 03:13:00     Credit Brueau,
                 Collection Division,    P O Box 1271,    Lancaster, PA 17608-1271
14427252        E-mail/Text: csd1clientservices@cboflanc.com Jun 05 2020 03:13:00     Credit Bureau,
                 P O Box 1271,    Lancaster, PA 17608-1271
14427253       +E-mail/Text: bankruptcy@affglo.com Jun 05 2020 03:12:35     Global Credit & Collection Corp,
                 5440 N. Cumberland, Suite 300,    Chicago, IL 60656-1486
14427247        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 05 2020 03:10:48     Chase Card,
                 PO Box 15298,    Wilmington, DE 19850
14427257       +E-mail/Text: bncnotices@becket-lee.com Jun 05 2020 03:12:01     Kohls,    N56W17000 Ridgewood,
                 Menomonee Falls, WI 53051-7096
14427259        E-mail/Text: cneal@horstgroup.com Jun 05 2020 03:12:16     Maytown Village Square HOA,
                 c/o Horst Property Management,    PO Box 3330,    Lancaster, PA 17604-3330
14427261       +E-mail/Text: Bankruptcies@nragroup.com Jun 05 2020 03:13:07     National  Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
14427263        E-mail/Text: blegal@phfa.org Jun 05 2020 03:12:35     PA Housing Finance Agency,
                 211 North Front Street,    PO Box 15206,    Harrisburg, PA 17105-5206
14444110        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 05 2020 03:10:49
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14427272        E-mail/Text: bankruptcynotices@psecu.com Jun 05 2020 03:13:02     PSECU,    PO Box 67013,
                 Harrisburg, PA 17106-7013
14427264        E-mail/Text: bkrnotice@prgmail.com Jun 05 2020 03:12:34     Paragon Revenue Group,    PO Box 127,
                 Concord, NC 28026-0127
```

```
District/off: 0313-4          User: Randi                  Page 2 of 2                   Date Rcvd: Jun 04, 2020
                              Form ID: pdf900              Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14495605       +E-mail/Text: blegal@phfa.org Jun 05 2020 03:12:35      Pennsylvania Housing Finance Agency,
                 211 North Front Street,   Harrisburg, PA 17101-1406
14427270       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 05 2020 03:10:32
                 Portoflio Recovery Assoc.,    P O Box 12914,   Norfolk, VA 23541-0914
14427273       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Jun 05 2020 03:13:09       Receivables Management,
                 1809 N. Broadway Street,   Greensburg, IN 47240-8217
14427274       +E-mail/Text: colleen.atkinson@rmscollect.com Jun 05 2020 03:13:06
                 Receivables Management Systems,    7206 Hull Street Road,   North Chesterfield, VA 23235-5826
                                                                                              TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14427262*      +National Recovery Agency,    2491 Paxton Street,   Harrisburg, PA 17111-1036
14427267      ##+Penn Creidt Corp,   916 S 14th Street,   Harrisburg, PA 17104-3425
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:
```
              AARON S. MARINES    on behalf of    Maytown Village Square Association, Inc. asm@rkglaw.com,
               dls@rkglaw.com;dpp@rkglaw.com
              MICHAEL D. HESS    on behalf of Debtor Tiffanie Jean Lane amburke7@yahoo.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Tiffanie Jean Lane<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 19-17245-PMM |

ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: June 4, 2020**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE